**98–2657.   Dayton Bar Assn. v. Baker.**

IT IS ORDERED by this court, *sua sponte*, that Jeffery Paul Baker, Attorney Registration No.

0016170, last known address in Vandalia, Ohio, is found in contempt for failure to comply with this court's order of May 31, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before June 30, 2000.